**JS-6**

# United States District Court
# Central District of California

| | |
|---|---|
| Brenda DUARTE and Hector SANCHEZ, <br><br> Plaintiff, <br><br> v. <br><br> QUALITY LOAN SERVICE CORP; QUALITY LOAN SERVICE CORPORATION; QUANTUM SERVICING CORP.; QUANTUM SERVICING CORPORATION; and DOES 1 through 10, Inclusive, <br><br> Defendants. | Case № 2:17-cv-08014-ODW-PLA <br><br> **JUDGMENT** |

  Plaintiffs Brenda Duarte and Hector Sanchez initiated this suit on November 2, 2017, and they filed a First Amended Complaint on January 15, 2018. (ECF Nos. 1, 14.) On February 26, 2018, Defendant Quantum Servicing Corporation ("Quantum") moved to dismiss the case in its entirety pursuant to Federal Rule of Civil Procedure 12(b)(6) on the ground that each cause of action failed to state a claim upon which the Court could grant relief. (Mot. 2, ECF No. 27.) On May 7, 2018, the Court granted Quantum's motion in full. (ECF No. 37.)

/ / /

/ / /

/ / /

It is therefore **ORDERED**, **ADJUDGED**, and **DECREED** as follows:

1. Plaintiffs Brenda Duarte and Hector Sanchez shall take nothing by their complaint against Defendants.

2. This action is **DISMISSED WITH PREJUDICE**, in its entirety, as to all Defendants.

The Court **VACATES** all remaining dates and deadlines in this case. The Clerk of the Court shall close the case.

**IT IS SO ORDERED.**

May 8, 2018

_____
**OTIS D. WRIGHT, II**
**UNITED STATES DISTRICT JUDGE**